IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNA MAE JOHNSON,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNUM LIFE INSURANCE** | : | |
| **COMPANY OF AMERICA, et al.,** | : | **No. 02-4368** |
| Defendants. | : | |

## ORDER

**AND NOW**, this        day of **October, 2002**, following a Rule 16 conference on **October 30, 2002** with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** that:

1. Defendants' motion for summary judgment shall be filed by **December 2, 2002**.

2. Plaintiff's response shall be filed by **January 6, 2003**.

BY THE COURT:

_____
**Berle M. Schiller, J.**