IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA MAE JOHNSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNUM LIFE INSURANCE | : | |
| COMPANY OF AMERICA, et al., | : | No. 02-4368 |
| Defendants. | : | |

## ORDER

**AND NOW**, this     day of **November, 2002**, following a phone conference on **November 20, 2002** with counsel for the parties, it is hereby **ORDERED** that:

1. All fact discovery in this case shall be completed by **January 6, 2003**.

2. This Court's Order of October 30, 2002 (Document No. 12) is amended as follows:

   a. Paragraph 1 shall now read: "Any motion for summary judgment by Defendants shall be filed by **January 13, 2003**."

   b. Paragraph 2 shall now read: "Any response thereto by Plaintiff shall be filed by **January 27, 2003**."

BY THE COURT:

_____
**Berle M. Schiller, J.**