IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA MAE JOHNSON : | |
| : | CIVIL ACTION |
| : | |
| vs. : | |
| : | NO. 02-CV-4368 |
| UNUM LIFE INSURANCE COMPANY : | |
| AND STEP-BY-STEP, INC. : | |

O R D E R

**AND NOW, TO WIT:** This 24th day of January, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** _____
Patricia A. Callahan
Deputy Clerk to
Hon. Berle M. Schiller

Civ 2 (7/95)
41(b).frm